# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WINDCHIMES BY RUSSCO III, INC.                                                                     PLAINTIFF

v.                                    NO. 3:15CV00088 JLH

BIG LOTS, INC.; BIG LOTS STORES, INC.;
and CONSOLIDATED PROPERTY HOLDINGS, INC.                               DEFENDANTS

## **ORDER OF DISMISSAL**

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 21st day of March, 2016.

*J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE